**Michael D. FLOWERS, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 46618.

Missouri Court of Appeals, Western District.

May 4, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 29, 1993.

Robert E. Steele, Jr., Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Hugh L. Marshall, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and BRECKENRIDGE and HANNA, JJ.

***ORDER***

PER CURIAM:

Appeal of Rule 27.26 motion for postconviction relief.

Affirmed. Rule 84.16(b).